UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 12-8077 DSF (AJWx) | Date | 9/27/12 |
|---|---|---|---|
| Title | Bernard Talbert v. United States, DEA | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (In Chambers) Order DISMISSING Case

   Plaintiff has filed a petition for return of certain property apparently seized and held by the Drug Enforcement Administration.  Plaintiff's claim is patently without merit as he makes no claim to any interest in the property other than that he is "an activist for human rights."  Further, there is no indication that this Court has subject matter jurisdiction over this action even if Plaintiff had some viable interest in the property.

   For the above reasons, the case is DISMISSED.

   IT IS SO ORDERED.