JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD TALBERT,            ) | Case No.:  CV 12-8077 DSF (AJWx) |
| )   | |
|       Plaintiff,            ) | |
| )   | |
|  vs.                                ) | |
| )   | JUDGMENT |
| UNITED STATES, DEA,         ) | |
| )   | |
|       Defendants.         ) | |
| )   | |
| _____ ) | |

The Court having determined that the complaint fails to state a claim and that it lacks subject matter jurisdiction over this action,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: __9/27/12_____             _____/s/ Dale S. Fischer_____
                                                           Dale S. Fischer
                                            United States District Judge